

# NUMBER 13-08-00166-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE: GARRETT PAVING & MAINTENANCE, INC.

## On Petition for Writ of Mandamus
## and Motion for Stay

## MEMORANDUM OPINION

## Before Chief Justice Valdez and Justices Garza and Benavides
## Memorandum Opinion[1] Per Curiam

Relator, Garrett Paving & Maintenance, Inc., filed a petition for writ of mandamus and motion for stay in the above cause on March 31, 2008.

The Court, having examined and fully considered the petition for writ of mandamus and motion for stay, is of the opinion that relator has not shown itself entitled to the relief sought.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

Accordingly, the petition for writ of mandamus and motion for stay are DENIED.

*See* Tᴇx. R. Aᴘᴘ. P. 52.8(a).

PER CURIAM

Memorandum Opinion delivered and filed
this 1st day of April, 2008.